JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE BALDWIN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF RIVERSIDE;<br>STANLEY SNIFF, JR., et al.,<br><br>　　　　　Defendant. | NO. EDCV 16-1536-DOC (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that judgment is entered for Defendants.

DATED: January 24, 2018

　　　　　　　　　　　　　　　　　　/s/ David O. Carter
　　　　　　　　　　　　　　　　　　DAVID O. CARTER
　　　　　　　　　　　　　　　　　　United States District Judge